# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,                 Criminal No. 07-437 (1) (RHK/AJB)

                          Plaintiff,      **ORDER FOR CONTINUANCE**
v.                                        **OF TRIAL**


MICHAEL ISAAC KLINGER,

                          Defendant.

Because the ends of justice served by a continuance outweigh the public's interest

in a speedy trial, as contemplated by 18 U.S.C. § 3161(h)(8)(A), it is hereby **ORDERED**

that the trial in the above-captioned case is **CONTINUED** to March 17, 2008.


Dated: February 15, 2008                  s/Richard H. Kyle
                                          RICHARD H. KYLE
                                          United States District Judge