# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-437 (1) (RHK/AJB) |
| Plaintiff, | **ORDER** |
| v. | |
| MICHAEL ISAAC KLINGER, | |
| Defendant. | |

_____

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated January 24, 2008, with all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Doc. No. 26) is **ADOPTED**; and

2. Defendant Michael Isaac Klinger's Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. 16) is **DENIED**.

Dated: February 19, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge