# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

United States of America,           Criminal No. 07-437 (1) (RHK/AJB)

         Plaintiff,                  **ORDER**

v.

Michael Isaac Klinger,

         Defendant.

---

Before the Court is Defendant's Motion for the grand jury transcripts and investigative reports to assist him in filing a <u>pro se</u> motion pursuant to 28 U.S.C. § 2255. It is clear to the Court that Defendant has failed to establish any particularized need for such materials; accordingly, the Motion will be denied.

Upon all the files, records and proceedings herein, **IT IS ORDERED** that Defendant's Motion for Transcripts and Any Investigative Reports (Doc. No. 48) is **DENIED**.

Dated:  June 9, 2010

                          <u>s/Richard H. Kyle</u>
                          RICHARD H. KYLE
                          United States District Judge